[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 20.]

THE STATE OF OHIO, APPELLEE, *v.* NICHOLAS ET AL., APPELLANTS.

[Cite as *State v. Nicholas*, 1998-Ohio-698.]

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment affirmed on authority of State v. Cook.*

(No. 98-1016—Submitted October 13, 1998—Decided November 25, 1998.)

APPEAL from the Court of Appeals for Warren County, Nos. CA97-04-035, CA97-04-036, CA97-05-040, CA97-05-044, CA97-05-045, CA97-05-046, CA97-05-047, CA97-05-052, and CA97-06-063.

_____

*Timothy A. Oliver*, Warren County Prosecuting Attorney, and *Carolyn A. Duvelius*, Assistant Prosecuting Attorney, for appellee.

*Gray & Duning* and *Donald E. Oda II*, for appellants.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____